


# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Jointly Administered) |
| ALAN D. HALPERIN AND ANKURA TRUST COMPANY, AS CO-TRUSTEES OF THE M & G CORPORATION LITIGATION TRUST,<br><br>　　　　　　　　Plaintiffs,<br>　　　　v.<br><br>TRAVELERS COMPANIES INC.,<br><br>　　　　　　　　Defendant. | Adv. Pro. No. 19-50649 (BLS) |

## STIPULATION OF DISMISAL OF ADVERSARY PROCEEDING

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as incorporated in adversary proceedings by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the undersigned parties to the above-captioned adversary proceeding (the "Adversary Proceeding") stipulate and agree that the Adversary Proceeding shall be, and hereby is, dismissed with prejudice. Each party shall bear its owns costs and expenses, including, without limitation, attorneys' fees.

[REMAINDER INTENTIONALLY BLANK]

Dated: February 18, 2020

| | |
|---|---|
| **REGER RIZZO DARNALL LLP** | **HALPERIN BATTAGLIA BENZIJA, LLP** |
| | Scott A. Ziluck, Esq. |
| | Ligee Gu, Esq. |
| */s/ Evan W. Rassman* | 40 Wall Street, 37th Floor |
| Evan W. Rassman (No. 6111) | New York, NY 10005 |
| 1523 Concord Pike, Suite 200 | Telephone: (212) 765-9100 |
| Wilmington, DE 19803 | Email: sziluck@halperinlaw.net |
| Telephone: (302) 477-7100 | Email: lgu@halperinlaw.net |
| Email: erassman@regerlaw.com | |
| | |
| *Counsel for Travelers Companies Inc* | **COLE SCHOTZ P.C.** |
| | |
| | */s/ J. Kate Stickles* |
| | J. Kate Stickles (No. 2917) |
| | Patrick J. Reilley (No. 4451) |
| | 500 Delaware Avenue, Suite 1410 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 652-3131 |
| | Email: kstickles@coleschotz.com |
| | Email: preilley@coleschotz.com |
| | |
| | *Co-Counsel to the Trustees of the* |
| | *M & G Corporation Litigation Trust* |